FILED: May 7, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1404
(2:23-cv-00430-JKW-LRL)

_____

MITCHELL REPAIR INFORMATION COMPANY, LLC, d/b/a Mitchell1, a Delaware limited liability company

       Plaintiff - Appellant

v.

EVOX PRODUCTIONS, LLC, a Delaware limited liability company; DATAONE, LLC, a Virginia limited liability company

       Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Norfolk |
| Originating Case Number | 2:23-cv-00430-JKW-LRL |
| Date notice of appeal filed in originating court: | 05/02/2024 |
| Appellant(s) | Mitchell Repair Information Company, LLC |
| Appellate Case Number | 24-1404 |
| Case Manager | Beverley A. Washington<br>804-916-2704 |